UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA											PLAINTIFF

v.												CRIMINAL ACTION NO. 3:10CR-142-S

GEORGE HARRIS												DEFENDANT

## MEMORANDUM OPINION AND ORDER

This motion relating to electronic surveillance materials (DN 47) re-plows old ground. The defendant, George Harris, seeks production of (1) the February 26, 2010 wiretap order and unredacted supporting affidavit; (2) the March 31, 2010 wiretap order and unredacted supporting affidavit; and (3) copies of all intercepted communications of George Harris.

The United States has responded that it has provided Harris with copies of all intercepted communications to which Harris is a known party.

The court previously ordered the production of documentation "supporting previous wiretap order(s) which formed part of the basis for the June 30, 2010 wiretap order...The request for unredacted copies of these documents is denied." Order (DN 45), p. 4.

Harris' request was based upon a portion of the affidavit in support of the June 30, 2010 wiretap order which stated "numerous conversations have been intercepted during which Harris has discussed the acquisition and distribution of illegal narcotics from (REDACTED)." Mo. for Production (DNs 41, p. 1; 47, p. 3). The United States intercepted calls related to the March 31, 2010 order but not the February 26, 2010 order. The United States is required to produce the March 31, 2010 documents no later than ten days prior to trial. 18 U.S.C. § 2518(9). However, the United

States may produce these items earlier.  The defendant has not articulated any ground justifying early or unredacted production of these items.

**IT IS HEREBY ORDERED AND ADJUDGED** that the motion of the defendant, George Harris, for production of electronic surveillance materials (DN 47) is **DENIED AS MOOT.**